**Michael P. BRAY, Plaintiff/Respondent,**

v.

**Julie A. BRAY, Defendant/Appellant.**

**No. 58263.**

Missouri Court of Appeals,
Eastern District,
Division One.

May 28, 1991.

Charles P. Todt, St. Louis, for defendant/appellant.

Cordell Siegel, St. Louis, for plaintiff/respondent.

### ORDER

PER CURIAM.

This is an appeal from the trial court's judgment in a dissolution case. The trial court's judgment is supported by substantial evidence and is not against the weight of the evidence. No error of law appears. *Murphy v. Carron*, 536 S.W.2d 30 (Mo. banc 1976).

An opinion reciting the detailed facts and restating the principles of law would have no precedential value. However, the parties have been furnished with a memorandum opinion for their information only, setting forth the facts and reasons for this order.

The judgment is affirmed in accordance with Rule 84.16(b).